United States District Court
District of Connecticut

OG Industries, Inc., et al.,

    -against-

Aon Risk Services Northeast, Inc.,

**AFFIDAVIT OF SERVICE**
Case No. 3:12-CV-00723-JCH

To: Aon Risk Services Northeast, Inc.

STATE OF NEW YORK
COUNTY OF ALBANY    SS:

William M. Irish, being duly sworn says: Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Case, Complaint, Order on Pretrial Deadlines, Standing Protective Order, Notice to Counsel and Pro Se Parties and Electronic Filing Order in Civil Cases. That the party which was served was **AON RISK SERVICES NORTHEAST, INC.,** by serving **CORPORATION SERVICE COMPANY**, it's Registered Agent.

That on the 21st day of May, 2012, at approx.9:00 a.m., at the office of Corporation Service Company at 80 State Street, 10th Floor, Albany, New York, one copy of the aforesaid papers was served by personally delivering to and leaving with Kevin Vohnoutka, Customer Service Associate and known to me to be empowered to receive such service on behalf of Corporation Service Company.

Kevin Vohnoutka is a white male, approx. 35 yrs.of age, 6' tall, 160 lbs., with brown hair

William M. Irish

Sworn to before me
this 21st day of May 2012.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2014