## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., AND BLUEWATER ENERGY SOLUTIONS, INC. : : : : : : | Civil Action No. 3:12-cv-00723 (JCH) |
| Plaintiffs, : : | |
| VS. : : | |
| AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, : : : : | May 24, 2012 |
| Defendant. | |

## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the plaintiff, **KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC.** ("Keystone"), by its undersigned counsel, hereby certifies that it has no parent company or corporation and no publicly held corporation owns 10% or more of its stock.

        **PLAINTIFF,**
        **KEYSTONE CONSTRUCTION AND**
        **MAINTENANCE SERVICES, INC.**

    By:   /s/ Justin R. Clark
        Justin R. Clark (ct27487), of
        Blackwell, Davis & Spadaccini LLC
        Its Attorneys
        158 East Center Street
        Manchester, CT 06040
        Ph: (860) 432-0676
        Fax: (860) 432-2926
        Juris No. 421233
        JClark@bds-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2012, a copy of the foregoing was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the CM/ECF system.

     /s/ Justin R. Clark
     Justin R. Clark