# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **O&G Industries, Inc., et al.** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **3:12-CV-00723-JCH** |
| **Aon Risk Services Northeast, Inc.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Aon Risk Services Northeast, Inc.**

Date:     **Jun 08, 2012**

**CT 04157**
*Attorney's signature*

**Margaret P. Mason - CT 04157**
*Printed name and bar number*

**545 Long Wharf Drive, Ninth Floor**
**New Haven, CT  06511**
*Address*

**margaret.mason@leclairryan.com**
*E-mail address*

**203.672.3200 / 203.672.3213**
*Telephone number*

**203.672.3201 / 203.672.3230**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Jun 08, 2012**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**CT 04157**

*Attorney's signature*