UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC. ET AL. : | |
| Plaintiff : | |
| : | |
| V. : | NO. 3-12-CV-00723 (JCH) |
| : | |
| AON RISK SERVICES : | |
| NORTHEAST, INC., : | |
| : | |
| Defendant : | JUNE 8, 2012 |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for defendant Aon Risk Services Northeast, Inc., hereby makes the following disclosures pursuant to the District of Connecticut's Order on Disclosure Statements.

Aon Risk Services Northeast, Inc. was formerly known as Aon Risk Services, Inc. of Massachusetts. Aon Risk Services Northeast, Inc. operates as a subsidiary of Aon Risk Services of Maryland, Inc.

Aon plc is the ulimate parent corporation of Aon Risk Services of Maryland, Inc. Aon plc is a publicly owned corporation.

DEFENDANT
AON RISK SERVICES NORTHEAST, INC.


By_____/s/_____
          Richard W. Bowerman, ct04181
          Margaret Mason, ct04157
          LeClair Ryan, A Professional Corporation
          545 Long Wharf Drive, 9th Floor
          New Haven, CT  06511
          Tel. No.: (203) 672-3202
          Fax No.: (203) 672-3235
           em richard,bowerman@leclairryan.com

              -- Its Attorneys--

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                /s/
                                     Richard W. Bowerman, ct04181