UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| O&G INDUSTRIES, INC. ET AL. : | |
| Plaintiff : | |
| : | |
| V. : | NO. 3-12-CV-00723 (JCH) |
| : | |
| AON RISK SERVICES : | |
| NORTHEAST, INC., : | |
| : | |
| Defendant : | JUNE 8, 2012 |

---

### INITIAL MOTION FOR EXTENSION OF TIME
### TO FILE AN ANSWER OR MOTION DIRECTED TO THE COMPLAINT

The undersigned counsel for defendant Aon Risk Services Northeast, Inc., hereby moves Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure of this Court for an extension of time to and including Monday, July 2, 2012 to file an answer or motion addressed to the complaint.

Counsel has inquired of opposing counsel and there is no objection to this motion.

This is the first motion for extension of time with respect to filing an anwer to motion direct to the complaint.

DEFENDANT
AON RISK SERVICES NORTHEAST, INC.


By_____/s/_____
         Richard W. Bowerman, ct04181
         Margaret P. Mason, ct04157
         LeClair Ryan, A Professional Corporation
         545 Long Wharf Drive, 9th Floor
         New Haven, CT  06511
         Tel. No.: (203) 672-3202
         Fax No.: (203) 672-3235
          em richard.bowerman@leclairryan.com

             -- Its Attorneys--

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                             /s/
                                       Richard W. Bowerman, ct04181