UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC. AND BLUEWATER ENERGY SOLUTIONS, INC. | : : : : : | CIVIL ACTION NO.: **3:12 cv-00723(JCH)** |
| PLAINTIFFS | : : | |
| VS. | : : | |
| AON RISK SERVICES NORTH EAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS | : : : : | |
| DEFENDANTS | : : | JUNE 11, 2012 |

## **APPEARANCE**

Please enter the appearance of the undersigned in the above-captioned matter on behalf of the plaintiff, Bluewater Energy Solutions, Inc.

> PLAINTIFF,
> BLUEWATER ENERGY SOLUTIONS, INC.
>
> By __/S/_____
> Timothy S. Jajliardo (ct 21110)
> LITCHFIELD CAVO LLP
> Its Attorneys
> 40 Tower Place, Suite 200
> Avon, CT  06001
> Tel. 860-255-5577
> Fax 860-255-5566
> ponziani@litchfieldcavo.com

**CERTIFICATION**

    I hereby certify that on June 11, 2012, a copy of the foregoing Appearance was filed electronically using the CM/ECF system and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system which will automatically send e-mail notification of such filing to all counsel of record, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      /s/
                                      Timothy S. Jajliardo