UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC. ET AL., ) | |
| ) | |
| Plaintiffs. ) | |
| ) | |
| V. ) | NO. 3:12-CV-00723 (JCH) |
| ) | |
| AON RISK SERVICES ) | |
| NORTHEAST, INC. ) | |
| ) | |
| Defendant. ) | JULY 2, 2012 |

## MOTION TO DISMISS

Defendant Aon Risk Services Northeast, formerly known as Aon Risk Services of Massachusetts, ("Aon") hereby moves to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of standing as to Plaintiffs Kleen Energy Systems, LLC, Keystone Construction and Maintenance Services, Inc., and Bluewater Energy Solutions, Inc., and pursuant to Federal Rule of Civil Procedure 12(b)(6) because the Complaint fails to state a claim upon which relief can be granted.

Aon hereby files its Memorandum of Law in support of this Motion to Dismiss.

**ORAL ARGUMENT REQUESTED**

DEFENDANT
AON RISK SERVICES NORTHEST, INC.


By  /s/
Richard W. Bowerman, ct04181
Margaret P. Mason, ct4157
LeClairRyan
545 Long Wharf Drive, 9th Floor
New Haven, Connecticut 06511
Tel. No.: (203) 672-3202
Fax No.: (203) 672-3237
Richard.bowerman@leclairryan.com

-- Its Attorneys --

And

Blair Connelly
Paul A. Serritella
Manasi Shanghavi
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel No.: (212) 906-1002
Fax No.: (212) 751-4864

Of Counsel

- Its Attorneys -

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                                  /s/_____
                                                                   Richard W. Bowerman, ct04181