UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC. AND BLUEWATER ENERGY SOLUTIONS, INC. : <br><br> PLAINTIFFS : <br><br> VS. : <br><br> AON RISK SERVICES NORTH EAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS : <br> DEFENDANTS : | CIVIL ACTION NO.: <br> **3:12 cv-00723(JCH)** <br><br><br><br><br><br><br><br><br><br> JULY 12, 2012 |

### NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a), the plaintiff, Bluewater Energy Solutions, Inc. hereby voluntarily dismisses its claims against the defendant without prejudice.

The defendant has consented to this dismissal without prejudice.

        Respectfully submitted,
        BLUEWATER ENERGY SOLUTIONS, INC.


      By _____
        Timothy S. Jajliardo – ct21110
        Peter J. Ponziani  ct 05265
        LITCHFIELD CAVO, LLP
        Its Attorneys
        40 Tower Place, Suite 200
        Avon, CT  06001
        Tel. 860-255-5577
        Fax 860-255-5566
        ponziani@litchfieldcavo.com

**CERTIFICATION**

I hereby certify that on 12th day of July, 2012, a copy of the foregoing Notice of Dismissal was filed electronically using the CM/ECF system and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system which will automatically send e-mail notification of such filing to all counsel of record, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Timothy S. Jagliardo