IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., AND BLUEWATER ENERGY SOLUTIONS, INC.,<br><br>    Plaintiffs,<br><br>VS.<br><br>AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS,<br><br>    Defendant. | Civil Action No. 3:12-CV-00723 (JCH) |

## JOINT STATUS REPORT OF COUNSEL

Pursuant to the Court's August 2, 2012 Scheduling Order Regarding Case Management Plan, Plaintiffs O&G Industries, Inc. ("O&G"), Kleen Energy Systems, LLC ("Kleen") and Keystone Construction and Maintenance Services, Inc. ("Keystone") (collectively, "Plaintiffs"), and defendant Aon Risk Services Northeast, Inc. of Massachusetts ("Aon" or "Defendant," and, together with Plaintiffs, the "Parties") hereby submit their Joint Status report of Counsel.

Plaintiffs served their Complaint on May 15, 2012. Aon filed its motion to dismiss the Complaint on July 2, 2012. Briefing on Aon's motion was completed on August 1, 2012, and it remains pending before the Court.

Plaintiffs served their Initial Disclosures on August 17, 2012, and Aon served its Initial Disclosures on August 21, 2012.
nydocs1-998026.2

Plaintiffs served their Damages Analyses on October 1, 2012.

On August 13, 2012, Aon served approximately 95 document requests and 20 interrogatories on each of the Plaintiffs. On October 16, 2012, O&G served its written responses to Aon's requests and produced over 3,000 pages of documents. O&G will produce (on a rolling basis) numerous additional documents within the coming weeks. O&G currently anticipates that its additional production will include over 29,000 emails and up to seven banker's boxes worth of additional hardcopy documents. O&G has preliminarily identified over 11,000 privileged emails and other documents, which are in addition to the 29,000 emails that it anticipates, will be produced. O&G is working diligently to finalize its document production and produce a privilege log. That process is extremely time consuming in light of the substantial volume of the documents to be reviewed for relevance, privilege and confidentiality -- over 60,000 electronic documents and numerous boxes of hardcopy documents.

On October 26, 2012, Kleen responded to Aon's written discovery requests and produced responsive, non-privileged documents and a privilege log.

Keystone has been diligently working on its responses to Aon's written discovery requests, and currently anticipates serving its responses on or before November 20, 2012.

On September 19, 2012, Plaintiffs jointly served document requests on Aon, and O&G served interrogatories on Aon. Aon served its written responses to the document requests and interrogatories on October 19, 2012, and anticipates producing responsive documents on or before November 6, 2012, and will continue to produce on a rolling basis thereafter. Aon has preliminarily identified over 180,000 potentially relevant electronic documents, in addition to hard-copy materials, and is working to review and produce responsive, non-privileged materials from this population.

nydocs1-998026.2

The Parties reserve the right to take issue with each side's responses and objections, and will meet and confer in an effort to resolve those issues without the need for Court intervention.

Since discovery has not yet been completed, it is difficult for the Parties to assess at this time whether dispositive motions or amendments to the pleadings will be made in the future. Currently, however, each side believes it is likely that they will file a motion for summary judgment as to issues of liability in this case.

Dated: November 2, 2012

By: ___s/ Finley Harckham_____
Finley Harckham
Dennis J. Artese
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000


Attorneys for Plaintiff
O&G INDUSTRIES, INC.


By: ___/s Lee D. Hoffman_____
Lee D. Hoffman
Matthew L. Stone
PULLMAN & COMLEY, LLC
90 State House Square
Hartford, CT 06103-3702
Tel: (860) 424-4315


Attorneys for Plaintiff
KLEEN ENERGY SYSTEMS, LLC

By: s/ Justin Clark
Justin Clark
DAVIS & CLARK, LLC
158 East Center Street
Manchester, CT  06040
Tel:  (860) 432-0676

Attorneys for Plaintiff
KEYSTONE CONSTRUCTION AND
MAINTENANCE SERVICES, INC.


By: s/ Richard W. Bowerman
Richard W. Bowerman, Esq. (CT 04181)
Margaret P. Mason, Esq. (CT 04157)
LeClairRyan-NH
545 Long Wharf Drive
Ninth Floor
New Haven, CT  06511
Tel: (203) 672-3202 (direct to Bowerman)
Tel: (203) 672-3213 (direct to Mason)
Margaret.mason@leclairryan.com
Richard.bowerman@leclairryan.com


Paul Serritella, Esquire.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4824
Paul.serritella@lw.com


Attorneys for Defendant
AON RISK SERVICES NORTHEAST,
INC. F/K/A AON RISK SERVICES,
INC. OF MASSACHUSETTS