UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O&G INDUSTRIES, INC. ET AL., | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 3:12-CV-00723 (JCH) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| AON RISK SERVICES | ) | |
| NORTHEAST, INC. | ) | |
| | ) | |
| Defendant. | ) | NOVEMBER 7, 2012 |

## MOTION FOR ADMISSION OF BLAIR CONNELLY AS A VISITING ATTORNEY

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States

District Court for the District of Connecticut, the undersigned member of the bar of this Court

respectfully moves for the entry of an order permitting Blair Connelly, a partner with the law firm

of Latham & Watkins LLP, which maintains an office at 885 Third Avenue, New York, New York

10022, to be admitted as a Visiting Attorney for the purpose of representing Defendant Aon Risk

Services Northeast, Inc. ("Defendant") in the above captioned action.

Mr. Connelly is an active member in good standing of the State Bar of California and the

State Bar of New York.  Mr. Connelly is also admitted to practice before the United States

District Court for the Southern District of New York, the United States District Court of the

Eastern District of New York, the United States District Court for the Central District of

California, the United States District Court for the Eastern District of Michigan, and the United

States Court of Appeals for the Second Circuit.  There are no pending disciplinary proceedings

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

against Mr. Connelly in any state or federal court.  His affidavit in support of this motion and a proposed order are attached.

Payment to the clerk of the fee of $25.00 for Mr. Connelly, as a visiting lawyer, as required by Local Rule 83.1(d)(2), accompanies this application.

WHEREFORE, the undersigned respectfully requests that Mr. Connelly be admitted to this Court as a Visiting Attorney as set forth herein.

DEFENDANT,
AON RISK SERVICES NORTHEAST, INC.


By:        /s/
              Richard W. Bowerman, ct04181
              Margaret P. Mason, ct4157
              LeClairRyan
              545 Long Wharf Drive, 9th Floor
              New Haven, Connecticut 06511
              Tel. No.: (203) 672-3202
              Fax No.: (203) 672-3237
              Richard.bowerman@leclairryan.com

And

Blair Connelly
Paul A. Serritella
Manasi P. Shanghavi
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Of Counsel

- Its Attorneys -

2

## CERTIFICATION OF SERVICE

I hereby certify that on November 7, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Richard W. Bowerman, ct04181

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O&G INDUSTRIES, INC. ET AL., | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 3:12-CV-00723 (JCH) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| AON RISK SERVICES | ) | |
| NORTHEAST, INC. | ) | |
| | ) | |
| Defendant. | ) | NOVEMBER 1, 2012 |

AFFIDAVIT OF BLAIR CONNELLY IN SUPPORT OF
MOTION FOR ADMISSION AS A VISITING ATTORNEY

I, Blair Connelly, having been duly sworn, do hereby state as follows:

1.      I am over eighteen (18) years of age and believe in the obligations of an oath.

2.      I submit this Affidavit in support of the motion for my admission as a Visiting
Attorney to appear as counsel on behalf of Defendant Aon Risk Services Northeast, Inc.
("Defendant") in the above-captioned matter for all purposes.

3.      I am a partner with the law firm of Latham & Watkins LLP, which maintains an
office at 885 Third Avenue, New York, NY 10022-4834. My telephone number at Latham &
Watkins is (212) 906-1200, my facsimile number is (212) 751-4864, and my email address is
blair.connelly@lw.com.

4.      I am a member in good standing of the State Bar of California (174460) and the
State Bar of New York (2979441). I am also admitted to practice before the United States
District Court for the Southern District of New York (BC-0237), the United States District Court

for the Eastern District of New York (BC-0237), the United States District Court for the Central District of California (174460), the United States District Court for the Eastern District of Michigan (N/A), and the United States Court of Appeals for the Second Circuit (07-190946).

5.      I do not have any pending disciplinary complaints.  I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.      I have fully reviewed and am familiar with the Federal Rules of Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.      I designate Richard W. Bowerman as my sponsoring attorney and my agent for service of process.  I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8.      I request permission to appear and participate as counsel in this litigation on behalf of Defendant for all purposes, in association with local counsel, Richard W. Bowerman and Margaret P. Mason of LeClairRyan, 545 Long Wharf Drive, 9th Floor, New Haven, Connecticut, 06511.

I declare under penalty of perjury that the foregoing is true and correct.

Blair Connelly

Subscribed and sworn to before
me this _9th_ day of October 2012.

_____
Notary Public
My commission expires:

EILEEN A. KRAKAUER
Notary Public, State of New York
No. 01KR4637224
Qualified in Queens County
Commission Expires June 8, 2014