UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC. ET AL., )<br>)<br>Plaintiffs. )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>)<br>)<br>AON RISK SERVICES )<br>NORTHEAST, INC. )<br>)<br>Defendant. ) | <br><br><br><br><br><br><br>NO. 3:12-CV-00723 (JCH)<br><br><br><br><br><br><br><br><br>NOVEMBER 7, 2012 |

## MOTION FOR ADMISSION OF PAUL A. SERRITELLA AS A VISITING ATTORNEY

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned member of the bar of this Court respectfully moves for the entry of an order permitting Paul A. Serritella, an associate with the law firm of Latham & Watkins LLP, which maintains an office at 885 Third Avenue, New York, New York 10022, to be admitted as a Visiting Attorney for the purpose of representing Defendant Aon Risk Services Northeast, Inc. ("Defendant") in the above captioned action.

Mr. Serritella is an active member in good standing of the State Bar of New York. Mr. Serritella is also admitted to practice before the United States District Court for the Southern District of New York. There are no pending disciplinary proceedings against Mr. Serritella in any state or federal court. His affidavit in support of this motion and a proposed order are attached.

Payment to the clerk of the fee of $25.00 for Mr. Serritella, as a visiting lawyer, as required by Local Rule 83.1(d)(2), accompanies this application.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

WHEREFORE, the undersigned respectfully requests that Mr. Serritella be admitted to this Court as a Visiting Attorney as set forth herein.

DEFENDANT,
AON RISK SERVICES NORTHEAST, INC.

By:   /s/
Richard W. Bowerman, ct04181
Margaret P. Mason, ct4157
LeClairRyan
545 Long Wharf Drive, 9th Floor
New Haven, Connecticut 06511
Tel. No.: (203) 672-3202
Fax No.: (203) 672-3237
Richard.bowerman@leclairryan.com

And

Blair Connelly
Paul A. Serritella
Manasi P. Shanghavi
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Of Counsel

- Its Attorneys -

CERTIFICATION OF SERVICE

I hereby certify that on November 7, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                             /s/_____
                                                Richard W. Bowerman, ct04181

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC. ET AL., )<br>)<br>Plaintiffs. )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>)<br>)<br>AON RISK SERVICES )<br>NORTHEAST, INC. )<br>)<br>Defendant. ) | <br><br><br><br><br><br><br>NO. 3:12-CV-00723 (JCH)<br><br><br><br><br><br><br><br><br><br>OCTOBER 29, 2012 |

## AFFIDAVIT OF PAUL A. SERRITELLA IN SUPPORT OF
## MOTION FOR ADMISSION AS A VISITING ATTORNEY

I, Paul A. Serritella, having been duly sworn, do hereby state as follows:

1. I am over eighteen (18) years of age and believe in the obligations of an oath.

2. I submit this Affidavit in support of the motion for my admission as a Visiting Attorney to appear as counsel on behalf of Defendant Aon Risk Services Northeast, Inc. ("Defendant") in the above-captioned matter for all purposes.

3. I am an associate with the law firm of Latham & Watkins LLP, which maintains an office at 885 Third Avenue, New York, NY 10022-4834. My telephone number at Latham & Watkins is (212) 906-1200, my facsimile number is (212) 751-4864, and my email address is paul.serritella@lw.com.

4. I am a member in good standing of the State Bar of New York (4408613). I am also admitted to practice before the United States District Court for the Southern District of New York (PS3226).

5. I do not have any pending disciplinary complaints. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Richard W. Bowerman as my sponsoring attorney and my agent for service of process. I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8. I request permission to appear and participate as counsel in this litigation on behalf of Defendant for all purposes, in association with local counsel, Richard W. Bowerman and Margaret P. Mason of LeClairRyan, 545 Long Wharf Drive, 9th Floor, New Haven, Connecticut, 06511.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Paul A. Serritella

Subscribed and sworn to before
me this 5th day of October 2012.

_____
Notary Public
My commission expires:

BRENDA L. ALVAREZ-LADD
Notary Public, State of New York
No. 01AL5068561
Qualified in Kings County
Commission Expires Jan. 19, 2015

2