AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| O&G Indus., Inc., et al. <br> *Plaintiff* <br> v. <br> Aon Risk Services Northeast, Inc. <br> *Defendant, Third-party plaintiff* <br> v. <br> The Litchfield Insurance Group, Inc. <br> *Third-party defendant* | Civil Action No. 3:12CV00723 (JCH) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   The Litchfield Insurance Group, Inc.
126 South Main St.
Torrington CT 06790
agent for service: R&C Service Co.
280 Trumbull St.
Hartford CT 06103-3597

    A lawsuit has been filed against defendant   Aon Risk Servs. N.E., Inc  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   O&G Industries, Inc., et al.   .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Michael G. Caldwell, Esq.
LeClairRyan, P.C.
545 Long Wharf Dr., 9th Floor/New Haven CT 06511

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Finley T. Harckham, Esq.
Anderson, Kill & Olick - Ave Amer NY
1251 Avenue of the Americas/New York NY 10022

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   ~~03/04/2013~~  3/5/13

CLERK OF COURT   **ROBERTA D. TABORA**

*R. Torrenti*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No.  3:12CV00723 (JCH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: