Case Action No.: 3:12-cv-00723 (JCH)

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons/Third Party Complaint was made by me | Date: March 7, 2013 |
| Name of Server: Roland E. Mailloux | Title: Connecticut State Marshal |

     Then and by virtue hereof, on the 7th day of March, 2013, I made due and legal service on the within named Third Party Defendant, **THE LITCHFIELD INSURANCE GROUP, INC.,** by leaving a verified true and attested copy of the original Federal Summons On A Third-Party Complaint, Amended Third-Party Complaint, Certification Of Service and Complaints and Other Initiating Documents, with and in the hands of David O'Meara, Esq., who is duly authorized to accept service for R&C Service Co., Agent for Service for the within named Defendant at, 280 Trumbull Street, in the City of Hartford

**STATEMENT OF SERVICE FEES**

| Travel $ 5.00 | Services $ 47.60 | Total $ 52.60 |
|---|---|---|

**DECLARATION OF SERVER**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

March 7, 2013

                                                                 */s/ Roland E. Mailloux*  
                                                                Roland E. Mailloux-State Marshal  
                                                                39 Russ Street  
                                                                Hartford, CT 06106