IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AON RISK SERVICES NORTHEAST, F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, <br><br> Defendant. | Case No. 3:12-CV-00723 (JCH) <br><br> **(ASSENTED TO) MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIM** <br><br> March 21, 2013 |

1. The undersigned, counsel for plaintiffs O&G Industries, Inc., Kleen Energy Systems, LLC, and Keystone Construction and Maintenance Services, Inc. (collectively, "Plaintiffs"), hereby move for an extension of time up to and including March 29, 2013, to answer or otherwise respond to the Counterclaim of defendant Aon Risk Services Northeast, F/K/A/ Aon Risk Services, Inc. of Massachusetts ("Aon").

2. Plaintiffs' time to answer or otherwise respond to the Counterclaim presently expires on March 22, 2013.

3. The instant extension is requested in order to afford counsel for Plaintiffs additional time to meet with their clients to discuss the allegations raised in the Counterclaim and respond accordingly. Scheduling conflicts, including vacations and the birth of O&G's counsel's first child, have prevented Plaintiffs from finalizing their responses to the Counterclaim by March 22, 2013.

nydocs1-1005907.1

4. This is the second request for an extension of time to answer or otherwise respond to the Counterclaim. The Court previously granted Plaintiffs' request to extend time to answer or otherwise respond to Aon's Counterclaim from March 8, 2013 to March 22, 2013.

5. Counsel for Aon has been advised of this request for an extension of time and has advised that Aon consents to the extension of time to answer or otherwise respond to the Counterclaim to March 29, 2013.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant this Motion and enter an Order permitting Plaintiffs until March 29, 2013 to answer or otherwise respond to Aon's Counterclaim.

Respectfully submitted,

By: s/ Dennis J. Artese
Finley Harckham
(ct26403)
Dennis J. Artese
(ct28071)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000

Attorneys for Plaintiff
O&G INDUSTRIES, INC.

By: /s Lee D. Hoffman
Lee D. Hoffman
(ct 17068)
Matthew L. Stone
(ct 28765)
PULLMAN & COMLEY, LLC
90 State House Square
Hartford, CT 06103-3702
Tel: (860) 424-4315

Attorneys for Plaintiff
KLEEN ENERGY SYSTEMS, LLC

By:___s/ Justin Clark_____
Justin R. Clark
(ct27487)
DAVIS & CLARK LLC
158 Eastern Blvd., Suite 100
Glastonbury, CT 06033
Tel: (860) 430-9200

Attorneys for Plaintiff
KEYSTONE CONSTRUCTION AND
MAINTENANCE SERVICES, INC.

## CERTIFICATION

    This is to certify that on the above date, a copy of the foregoing (ASSENTED TO) MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIM was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/ Dennis J. Artese*____
Dennis J. Artese