## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES INC., | : |
| Plaintiff, | : CIVIL ACTION NO.: 3:12-cv-00723-JCH |
| v. | : |
| AON RISK SERVICES NORTHEAST, INC., ET AL | : MARCH 27, 2013 |
| Defendants. | : |

### APPEARANCE

To:    Clerk, U.S. District Court

Please enter my Appearance in the above-entitled action as Counsel for the Third Party

Defendant, **LITCHFIELD INSURANCE GROUP, INC.**

Dated at Hartford this 27th day of March, 2013.

Jon Berk
Federal Bar No. ct04239
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
860-525-5361
860-525-4849  Fax
Email jberk@gmflaw.com

{00719094.DOC}

## CERTIFICATION

I hereby certify that on the 27th day of March, 2013, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

_____

JON BERK
Federal Bar No.: ct04239
GORDON, MUIR & FOLEY, LLP

{00719094.DOC}