UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES INC., : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO.: 3:12-cv-00723-JCH |
| : | |
| v. : | |
| : | |
| AON RISK SERVICES NORTHEAST, : | MARCH 27, 2013 |
| INC., ET AL : | |
| : | |
| Defendants. | |

### THIRD PARTY DEFENDANT'S, LITCHFIELD INSURANCE GROUP, INC., MOTION FOR EXTENSION OF TIME BY CONSENT

Pursuant to the Federal Rules of Civil Procedure, the third party defendant, Litchfield Insurance Group, Inc., respectfully moves this Court to grant a twenty (20) day extension of time, up to and including April 17, 2013, to file a responsive pleading to the third party plaintiff's Complaint.

Counsel for the third party defendant, Litchfield Insurance Group, Inc., is filing its Appearance simultaneously with this Motion on March 27, 2013.

Counsel for the Third Party Plaintiff, Attorney Richard Bowerman, has been contacted and has no objection to this request. This is this third party defendant's first request for an extension of time.

THIRD PARTY DEFENDANT:
Litchfield Insurance Group, Inc.

By _____
JON S. BERK
Federal Bar No. ct04239
jberk@gmflaw.com
Gordon, Muir and Foley, LLP
Hartford, CT 06106-1976
Telephone (860) 525-5361
Facsimile (860) 525-4849

## CERTIFICATION

I hereby certify that on the 27th day of March, 2013, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system

_____
JON BERK