UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES INC., | : |
| Plaintiff, | : CIVIL ACTION NO.: 3:12-cv-00723-JCH |
| v. | : |
| AON RISK SERVICES NORTHEAST, INC., ET AL | : MARCH 27, 2013 |
| Defendants. | : |

### CORPORATE DISCLOSURE

The Third Party Defendant, Litchfield Insurance Group, Inc., in compliance with Fed. R. Civ. P. 7.1, hereby makes the following corporate disclosure statement:

1. The identity of any parent companies: None.

2. The identity of any publicly held corporation that owns 10% or more of its stock: None.

Dated at Hartford this 27th day of March, 2013.

THIRD PARTY DEFENDANT:
Litchfield Insurance Group Inc.

By_____
Jon Berk, Esq./Juris No.: ct04239
Gordon, Muir & Foley, LLP
10 Columbus Boulevard, 3rd Floor
Hartford, CT 06106
Tel: (860) 525-5361/Fax: (860) 525-4840
E-Mail: jberk@gmflaw.com

{00719060.DOC}

## CERTIFICATION

I hereby certify that on the 27th day of March, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By _____
Jon Berk, Esq./Juris No.: ct04239
Gordon, Muir & Foley, LLP

{00719060.DOC}

2

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361            FACSIMILE (860) 525-4849            JURIS NO. 24029