IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., AND BLUEWATER ENERGY SOLUTIONS, INC. : : : : : : : Plaintiffs, : : VS. : : AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, : : : : Defendant. | Civil Action No. 3:12-cv-00723 (JCH)<br><br><br><br><br><br><br><br><br><br><br>March 29, 2013 |

### RESPONSE TO SPECIAL DEFENSES AND ANSWER TO COUNTERCLAIM AND AFFIRMATIVE DEFENSES OF KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC.

The plaintiff **KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC.** ("Keystone"), by and through its counsel, hereby denies all of the special defenses asserted by the defendant, **AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS** ("Aon") in the titled action, and answers the counterclaim filed by Aon as follows, corresponding to the paragraphs as asserted in said counterclaim:

1. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

2. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

3. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

4.     This paragraph comprises legal conclusions to which no response is required.  To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

5.     This paragraph characterizes a document that speaks for itself and thus no answer is required.  To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

6.     This paragraph comprises legal conclusions to which no response is required.  To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

7.     This paragraph comprises legal conclusions to which no response is required.  To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

8.     This paragraph characterizes a document that speaks for itself and thus no answer is required.  To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

9.     Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

10.    Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

11.    Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

12. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

13. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

14. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

15. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

16. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

17. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

18. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

19. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

20. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

21. This paragraph comprises legal conclusions to which no response is required.  To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

22. This paragraph comprises legal conclusions to which no response is required. To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

23. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

24. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

25. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

26. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

27. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

28. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

29. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

30. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

31. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

32. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

33. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

34. Keystone is without knowledge or information of the specific communications sufficient to form a belief as to the truth of the allegation in this paragraph.

35. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

36. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation that formed the basis of its understanding at the time, but admits that it did request copies of the CCIP Policies and further answers that such policies were never received by Keystone.  As to any remaining allegations in this paragraph, Keystone is without knowledge or information of the specific communications sufficient to form a belief as to the truth of the allegations.

37. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

38. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

39. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

40. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

41.  Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.  Further answering, Keystone denies that it received copies of the CCIP Policies prior to the Incident.

42.  Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph. Further answering, Keystone denies that it had an opportunity to review a copy of the CCIP Policies prior to the Incident.

43.  This paragraph comprises legal conclusions to which no response is required.  To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

44.  Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

45.  Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

46.  Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

47.  Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

48.  Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

49.  Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

50. Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph, and therefore denies same.

51. Keystone repeats and realleges its answers to paragraphs 1 through 50 of the counterclaim. To the extent another answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

52. This paragraph comprises legal conclusions to which no response is required. To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

53. This paragraph comprises legal conclusions to which no response is required. To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph.

54. Keystone denies the allegations contained in this paragraph, except admits that Keystone has sued Aon, and relies on its Complaint describing the causes of action therein to answer further.

55. This paragraph comprises legal conclusions to which no response is required. To the extent that an answer is required, Keystone is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph, but admits that a case and/or controversy – as those terms are defined - exists in the form of the titled action.

56. Denied.

57. Denied.

58. This paragraph comprises legal conclusions to which no response is required. To the extent that an answer is required, Keystone denies any allegations herein. To the extent that an

answer is required, Keystone denies any allegations herein without prejudicing its claims for relief in the Complaint underlying the titled action.

59. This paragraph comprises legal conclusions to which no response is required. To the extent that an answer is required, Keystone denies any allegations herein without prejudicing its claims for relief in the Complaint underlying the titled action.

Keystone denies that Aon is entitled to the relief requested in its Prayer for Relief. Further, Keystone denies all allegations in the counterclaim that are not specifically admitted above.

## FIRST AFFIRMATIVE DEFENSE

Aon's counterclaim fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Aon's counterclaim is barred by the doctrine of laches.

## THIRD AFFIRMATIVE DEFENSE

Aon's counterclaim is barred by the doctrines of waiver and/or estoppel.

## FOURTH AFFIRMATIVE DEFENSE

Aon's counterclaim is barred by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

Aon's counterclaim is barred by the applicable statute(s) of limitation.

## SIXTH AFFIRMATIVE DEFENSE

Aon's counterclaim is barred for the reasons set forth in Keystone's complaint in the titled action.

**WHEREFORE**, Keystone demands that Aon's counterclaim be dismissed with prejudice, and the court award Keystone its attorneys' fees, costs of this action, and any further relief this Court deems equitable, just and proper.

**PLAINTIFF,
KEYSTONE CONSTRUCTION AND
MAINTENANCE SERVICES, INC.**

By: /s/ Justin R. Clark
Justin R. Clark (ct27487), of
Davis & Clark LLC, Its Attorneys
148 Eastern Blvd., Suite 100
Glastonbury, CT 06033
Ph: (860) 430-9200
Fax: (860) 812-2039
jclark@davisclarklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2013, a copy of the foregoing was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the CM/ECF system.

                                                     /s/ Justin R. Clark
                                                     Justin R. Clark