
# White and Williams LLP

**Scott H. Casher** |

427 Bedford Road, Suite 250 | Pleasantville, NY 10570-3035
Direct 914.487.7343 | Fax 914.487.7331
cashers@whiteandwilliams.com | whiteandwilliams.com

April 2, 2013

**FILED VIA ECF**

The Honorable Holly B. Fitzsimmons
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard – Suite 266
Bridgeport, Connecticut 06604

Re: O&G Industries, Inc., et al. v. Aon Risk Services Northeast, Inc., No. 3:12-CV-00723 (JCH)

Dear Judge Fitzsimmons:

I represent Allied World Assurance Corporation ("Allied World"), a non-party. Allied World has received from counsel for Aon Risk Services Northeast, Inc. ("Aon"), two subpoenas, one seeking 16 categories of documents, and the other seeking deposition testimony on 15 subjects.

It has just come to our attention that there is a dispute between or among the parties (and certain third parties) concerning the discoverability of many of the types of documents that Aon is seeking from Allied World. We also learned that there is to be a telephonic conference with Your Honor on the dispute on April 4, 2013. Because Your Honor's views on the discoverability of the documents will inform Allied World's response to the subpoenas, we would like to listen in on the conference.

I therefore respectfully request permission to listen in on the April 4, 2013 conference, and would ask that one of your clerks contact me at the above number or email address to provide dial-in instructions. Thank you.

Very truly yours,

WHITE AND WILLIAMS LLP

*Scott Casher*

Scott H. Casher

Delaware | Massachusetts | New Jersey | New York | Pennsylvania

11068094v.1