UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES INC., <br>     Plaintiff, <br><br> v. <br><br> AON RISK SERVICES NORTHEAST, INC., <br>     Defendant/Third-Party Plaintiff, <br><br> v. <br><br> LITCHFIELD INSURANCE GROUP, INC., <br>     Third-Party Defendant. | CIVIL ACTION NO.: 3:12-cv-00723-JCH <br><br> APRIL 9, 2013 |

## APPEARANCE

To:   Clerk, U.S. District Court

Please enter my Appearance in the above-entitled action as co-counsel for the Third-Party Defendant, Litchfield Insurance Group, Inc.

Dated at Boston this 9th day of April, 2013.

                               Russell F. Conn
                               Federal Bar No. cv29203
                               CONN KAVANAUGH ROSENTHAL
                                   PESICH & FORD, LLP
                               Ten Post Office Square
                               Boston, MA 02109
                               617-482-8200
                               617-482-6444 (fax)
                               Email rconn@connkavanaugh.com

## CERTIFICATION

      I hereby certify that on the 9th day of April, 2013, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                              Russell F. Conn
                                              Federal Bar No.: ct29203
                                              CONN KAVANAUGH ROSENTHAL
                                                   PEISCH & FORD, LLP

807714.1