UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC AND KEYSTONE MAINTENANCE & CONSTRUCTION SERVICES, INC.<br><br>   Plaintiffs.<br><br>v.<br><br>AON RISK SERVICES NORTHEAST, INC.<br><br>   Defendant/Third-Party Plaintiff<br><br>v.<br><br>THE LITCHFIELD INSURANCE GROUP, INC.<br><br>   Third-Party Defendant | CIVIL ACTION NO.<br>3:12-CV-00723 (JCH)<br><br><br><br>April 16, 2013 |

## AFFIDAVIT OF KURT B. FLIEGAUF
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Kurt B. Fliegauf, depose and state as follows.

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I make this Affidavit in support of the Motion for Admission Pro Hac Vice to be permitted to represent The Litchfield Insurance Group, Inc. in the above-captioned matter before the District of Connecticut.

3. I am an attorney and partner with the law firm of Conn Kavanaugh Rosenthal Peisch & Ford, LLP, Ten Post Office Square, Boston, MA 02109; Telephone: (617) 482-8200; Facsimile: (617) 482-6444; Email address: KFliegauf@ConnKavanaugh.com. I have practiced in that firm since 2000 as an associate, and since 2006 as a partner.

4.  I am admitted to and a member in good standing of the following bars:

- Commonwealth of Massachusetts (Admitted: 12/15/1993; BBO No. 564329);
- United States District Court for the District of Massachusetts (Admitted: 2/25/1994; no bar number); and
- United States Court of Appeals for the First Circuit (Admitted: 4/1/1996; Bar No. 39499).

5.  I have fully reviewed, studied carefully, and am familiar with the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.  I have never been convinced of any crime, other than minor traffic offenses.

7.  I have no pending disciplinary complaints as to which a finding has been made that such complaints should proceed to a hearing. I have no grievances pending against me in any jurisdiction, I have never been reprimanded, suspended, placed on inactive status, disbarred, or otherwise disciplined, and I have never resigned from the practice of law.

8.  Other than this Court's April 12, 2013 denial without prejudice of my motion for admission pro hac vice, I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

9.  I hereby designate Attorney Jon Berk of Gordon, Muir and Foley, LLP (10 Columbus Boulevard, Hartford, CT) as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission in this matter.

_____
KURT B. FLIEGAUF

STATE OF MASSACHUSETTS    )
COUNTY OF SUFFOLK         )

    Subscribed and sworn to before me this 16th day of April, 2013.

                                                      *Ann G. Power*
                                                  Notary Public
                                                  My Commission Expires: 4/6/18

803607.2

                                              ANN G. POWER
                                              Notary Public
                                    COMMONWEALTH OF MASSACHUSETTS
                                            My Commission Expires
                                                  April 6, 2018