UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC AND KEYSTONE MAINTENANCE & CONSTRUCTION SERVICES, INC. )))))) | CIVIL ACTION NO. 3:12-CV-00723 (JCH) |
| Plaintiffs. )) | |
| v. )) | APRIL 16, 2013 |
| AON RISK SERVICES NORTHEAST, INC. )) | |
| Defendant/Third-Party Plaintiff )) | |
| v. )) | |
| THE LITCHFIELD INSURANCE GROUP, INC. )) | |
| Third-Party Defendant ) | |

### RENEWED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1(d), the undersigned counsel, Attorney Jon Berk, of the law firm of Gordon, Muir and Foley LLP, requests the admission pro hac vice of a visiting attorney, Alexis P. Theriault, from the firm of Conn Kavanaugh Rosenthal Peisch & Ford, Ten Post Office Square, Boston, MA 02109, to appear on behalf of the third-party defendant, The Litchfield Insurance Group, Inc., before this Honorable Court in the above-captioned matter. The purpose of this Motion is to permit Attorney Theriault to become actively involved in the defense of the above-captioned claim on behalf of the third-party defendant, The Litchfield Insurance Group,

Inc. Attorney Theriault and her firm have knowledge of the facts and circumstances underlying the claims in this action. Attorney Theriault's Affidavit as required by the Local Rule is attached hereto.

This matter was filed with this Court on May 15, 2012. Defendant/Third-Party Plaintiff, Aon Risk Services Northeast, Inc., filed its third-party complaint on March 1, 2013 and its amended third-party complaint on March 5, 2013. This Motion is being filed promptly and will in no way require modification of any scheduling orders entered to date. The required payment of $75.00 has been paid.

THIRD-PARTY DEFENDANT

THE LITCHFIELD INSURANCE GROUP, INC.

By   /s/ Jon Berk
     Jon Berk (Fed. Bar. No. ct04239)
     Gordon, Muir and Foley, LLP
     10 Columbus Boulevard
     Hartford, CT 06106-1976
     Telephone: (860) 525-5361
     Facsimile: (860) 525-4849
     Email: jberk@gmflaw.com

## CERTIFICATION

I hereby certify that on this 16th day of April, 2013, a copy of the foregoing Renewed Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Jon Berk
Jon Berk (Fed. Bar. No. ct04239)
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106-1976
Telephone: (860) 525-5361
Facsimile: (860) 525-4849
Email: jberk@gmflaw.com

803549.1