UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES INC., )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>AON RISK SERVICES NORTHEAST, )<br>INC., )<br>  Defendant/Third-Party Plaintiff, )<br> )<br>v. )<br> )<br>LITCHFIELD INSURANCE GROUP, INC.,)<br>  Third-Party Defendant. )<br> ) | CIVIL ACTION NO.: 3:12-cv-00723-JCH<br><br>APRIL 17, 2013 |

## APPEARANCE

To: Clerk, U.S. District Court

Please enter my Appearance in the above-entitled action as co-counsel for the Third-Party Defendant, Litchfield Insurance Group, Inc.

Dated at Boston this 17th day of April, 2013.

            /s/ Kurt B. Fliegauf
            Kurt B. Fliegauf *(admitted pro hac vice)*
            Federal Bar No. phv06033
            CONN KAVANAUGH ROSENTHAL
             PESICH & FORD, LLP
            Ten Post Office Square
            Boston, MA 02109
            617-482-8200
            617-482-6444 (fax)
            Email: KFliegauf@ConnKavanaugh.com

CERTIFICATION

      I hereby certify that on the 17th day of April, 2013, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Kurt B. Fliegauf
      Kurt B. Fliegauf *(admitted pro hac vice)*
      Federal Bar No. phv06033
      CONN KAVANAUGH ROSENTHAL
        PEISCH & FORD, LLP

811586.1