UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AON RISK SERVICES NORTHEAST, )<br>INC., )<br>    Defendant/Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>LITCHFIELD INSURANCE GROUP, INC.,)<br>    Third-Party Defendant. )<br>) | CIVIL ACTION NO.: 3:12-cv-00723-JCH<br><br>APRIL 17, 2013 |

## APPEARANCE

To:    Clerk, U.S. District Court

Please enter my Appearance in the above-entitled action as co-counsel for the Third-Party Defendant, Litchfield Insurance Group, Inc.

Dated at Boston this 17th day of April, 2013.

    /s/ Alexis P. Theriault
    Alexis P. Theriault *(admitted pro hac vice)*
    Federal Bar No. phv06034
    CONN KAVANAUGH ROSENTHAL
       PESICH & FORD, LLP
    Ten Post Office Square
    Boston, MA 02109
    617-482-8200
    617-482-6444 (fax)
    Email: ATheriault@ConnKavanaugh.com

<u>CERTIFICATION</u>

      I hereby certify that on the 17th day of April, 2013, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      <u>/s/ Alexis P. Theriault</u>
      Alexis P. Theriault *(admitted pro hac vice)*
      Federal Bar No. phv06034
      CONN KAVANAUGH ROSENTHAL
        PEISCH & FORD, LLP

811587.1