UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| O&G INDUSTRIES INC., | ) | |
| Plaintiff, | ) | |
|  | ) | CIVIL ACTION NO.: 3:12-cv-00723-JCH |
| v. | ) | |
|  | ) | APRIL 18, 2013 |
| AON RISK SERVICES NORTHEAST, INC., | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| v. | ) | |
| LITCHFIELD INSURANCE GROUP, INC., | ) | |
| Third-Party Defendant. | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2013, a copy of a Certificate of Good Standing issued by the Commonwealth of Massachusetts was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Alexis P. Theriault
Alexis P. Theriault *(admitted pro hac vice)*
Federal Bar No. phv06034
CONN KAVANAUGH ROSENTHAL
   PESICH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200
617-482-6444 (fax)
Email: ATheriault@ConnKavanaugh.com

812047.1