# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the eighteenth day of November A.D. 2011, said Court being the highest Court of Record in said Commonwealth:

## Alexis Porcella Theriault

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this second day of April in the year of our Lord two thousand and thirteen.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES INC., )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br>AON RISK SERVICES NORTHEAST, )<br>INC., )<br>　　　Defendant/Third-Party Plaintiff, )<br> )<br>v. )<br> )<br>LITCHFIELD INSURANCE GROUP, INC.,)<br>　　　Third-Party Defendant. )<br> ) | CIVIL ACTION NO.: 3:12-cv-00723-JCH<br><br>APRIL 18, 2013 |

CERTIFICATE OF SERVICE

　　　I hereby certify that on April 18, 2013, a copy of a Certificate of Good Standing issued by the Commonwealth of Massachusetts was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　/s/ Alexis P. Theriault
　　　　　　　　　　　　　　　　　　　　Alexis P. Theriault *(admitted pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Federal Bar No. phv06034
　　　　　　　　　　　　　　　　　　　　CONN KAVANAUGH ROSENTHAL
　　　　　　　　　　　　　　　　　　　　　　PESICH & FORD, LLP
　　　　　　　　　　　　　　　　　　　　Ten Post Office Square
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　617-482-8200
　　　　　　　　　　　　　　　　　　　　617-482-6444 (fax)
　　　　　　　　　　　　　　　　　　　　Email: ATheriault@ConnKavanaugh.com

812047.1