UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

O&G INDUSTRIES, INC., KLEEN ENERGY  :
SYSTEMS, LLC, KEYSTONE              :
CONSTRUCTION AND MAINTENANCE  :
SERVICES, INC., AND BLUEWATER     :
ENERGY SOLUTIONS, INC.,          :

                    Plaintiffs,   :

VS.                       :

                        :      Civil Action No. 3:12-CV-00723 (JCH)

AON RISK SERVICES NORTHEAST, INC.  :
F/K/A AON RISK SERVICES, INC. OF   :
MASSACHUSETTS,           :

                   Defendant,  :

                        :      May 8, 2013

VS.                       :

LITCHFIELD INSURANCE GROUP, INC.,  :

                  Third-Party  :
                  Defendant.  :

## JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY AS TO MOTION TO DISMISS THIRD-PARTY COMPLAINT

The undersigned parties hereby move jointly that the time for Defendant/Third-Party Plaintiff Aon Risk Services Northeast, Inc. ("Aon") to file and serve its opposition or otherwise respond to Third-Party Defendant Litchfield Insurance Group, Inc.'s ("Litchfield") Motion to Dismiss the third-party complaint in the above-captioned action shall be extended from May 8, 2013 to May 15, 2013, and that the time for Litchfield to file and serve its reply memorandum of law shall be extended until May 29, 2013. Neither party objects to this motion. There have been no previous requests for extensions of time to respond to the Motion to Dismiss the Third-Party Complaint by Aon.

| | |
|---|---|
| LITCHFIELD INSURANCE GROUP, INC.<br><br><br>By_/s/_____<br><br>Kurt B. Fliegauf (*pro hac vice*)<br>Conn Kavanaugh Rosenthal Peisch & Ford, LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200<br>KFliegauf@ConnKavanaugh.com | AON RISK SERVICES NORTHEAST, INC.<br><br><br>By __/s/ ct 04181_____<br><br>Richard W. Bowerman, ct04181<br>Margaret P. Mason, ct04157<br>LeClairRyan, P.C.<br>545 Long Wharf Drive, 9th Floor<br>New Haven, Connecticut 06511<br>Tel. No.: (203) 672-3202<br>Fax No.: (203) 672-3237<br>Richard.bowerman@leclairryan.com<br><br>Blair Connelly<br>Paul A. Serritella<br>Manasi Shanghavi<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Tel No.: (212) 906-1002<br>Fax No.: (212) 751-4864 |

IT IS SO ORDERED:

Dated: _____, 2013          By _____