AO 458 (Rev.5/85) Appearance

# United States District Court

## DISTRICT OF CONNECTICUT

O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., AND BLUEWATER ENERGY SOLUTIONS, INC.

          Plaintiffs,

V.

AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS

          Defendant.

APPEARANCE

Case Number: 3:12-cv-00723 (JCH)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

PLAINTIFF, KLEEN ENERGY SYSTEMS, LLC

| May 15, 2013 | /s/ Steven J. Stafstrom, Jr. |
|---|---|
| Date | Signature |

Steven J. Stafstrom – ct 27907
Print Name
Pullman & Comley, LLC
850 Main Street
Address

| Bridgeport | CT | 06604 |
|---|---|---|
| City | State | Zip Code |

(203) 330-2266

(203) 576-8888 Fax

sstafstrom@pullcom.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Steven J. Stafstrom, Jr.*
Steven J. Stafstrom, Jr. (ct 27907)