UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., AND BLUEWATER ENERGY SOLUTIONS, INC., <br>             Plaintiffs, | |
| VS. | Civil Action No. 3:12-CV-00723 (JCH) |
| AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, <br>             Defendant, | May 28, 2013 |
| VS. | |
| LITCHFIELD INSURANCE GROUP, INC., <br>             Third-Party Defendant. | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY AS TO OPPOSITION TO MOTION TO DISMISS THIRD-PARTY COMPLAINT

The undersigned parties hereby move jointly that the time for Third-Party Defendant Litchfield Insurance Group, Inc. ("Litchfield") to file and serve its reply memorandum of law in response to Defendant/Third-Party Plaintiff Aon Risk Services Northeast, Inc.'s opposition to Litchfield's motion to dismiss the third-party complaint in the above-captioned action shall be extended from May 29, 2013 to June 5, 2013. Neither party objects to this motion.

| | |
|---|---|
| LITCHFIELD INSURANCE GROUP, INC. | AON RISK SERVICES NORTHEAST, INC. |

By  /s/  29203_____
Russell F. Conn, ct29203
Kurt B. Fliegauf (pro hac vice)
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
Tel. No.: (617) 482-8200
Fax No.: (617) 482-6444
KFliegauf@ConnKavanaugh.com

By /s/ ct 04181_____
Richard W. Bowerman, ct04157
Margaret P. Mason, ct04157
LeClairRyan, P.C.
545 Long Wharf Drive, 9th Floor
New Haven, Connecticut 06511
Tel. No.: (203) 672-3202
Fax No.: (203) 672-3237
Richard.Bowerman@LeClairRyan.com

Blair Connelly
Paul A. Serritella
Manasi Rodgers
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel. No.: (212) 906-1200
Fax No.: (212) 751-4864

IT IS SO ORDERED:

Dated:_____,2013          By_____

CERTIFICATION

I hereby certify that on this 28th day of May, 2013, a copy of the foregoing Join Motion for Extension of Time to File Reply as to Opposition to Motion to Dismiss Third-Party Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/  
Kurt B. Fliegauf (pro hac vice)  
Conn Kavanaugh Rosenthal Peisch & Ford, LLP  
Ten Post Office Square  
Boston, MA 02109  
Tel. No.: (617) 482-8200  
Fax No.: (617) 482-6444  
KFliegauf@ConnKavanaugh.com

823581.1