UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC. AND BLUEWATER ENERGY SOLUTIONS, INC. : <br><br> PLAINTIFFS : <br><br> VS. : <br><br> AON RISK SERVICES NORTH EAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS : <br> DEFENDANTS : | CIVIL ACTION NO.: <br> **3:12 cv-00723(JCH)** <br><br><br><br><br><br><br><br><br><br> MAY 31, 2013 |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for the plaintiff, Bluewater Energy Solutions, Inc., hereby moves to withdraw as counsel for said plaintiff based upon the July 12, 2012 Notice of Voluntary Dismissal that was filed on behalf of the plaintiff Bluewater Energy Solutions, Inc., and Ordered by Judge Janet C. Hall on July 14, 2012.

The undersigned is no longer involved in this matter and is requesting that counsel be removed from all certification lists, including removal from the court's electronic filing system.

Respectfully submitted,
BLUEWATER ENERGY SOLUTIONS, INC.

By /s/ Timothy S. Jajliardo (ct21110)
Timothy S. Jajliardo – ct21110
LITCHFIELD CAVO, LLP
Its Attorneys
82 Hopmeadow Street
Simsbury, CT 06089
Tel. 860-413-2800
Fax 860-413-2801
jajliardo@litchfieldcavo.com

2

## CERTIFICATION

I hereby certify that on May 31, 2013, a copy of the foregoing Motion to Withdraw as Counsel was filed electronically using the CM/ECF system and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system which will automatically send e-mail notification of such filing to all counsel of record, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Timothy S. Jajliardo (ct21110)
Timothy S. Jajliardo