IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AON RISK SERVICES NORTHEAST, F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, <br><br> Defendant. | Case No. 3:12-CV-00723 (JCH) <br><br> **(ASSENTED TO) MOTION FOR CONTINUANCE OF STATUS CONFERENCE** <br><br> June 10, 2013 |

     1.     The undersigned, counsel for plaintiffs O&G Industries, Inc. ("O&G"), hereby moves for a continuance of the status conference in the above referenced case before Your Honor, currently scheduled for June 13, 2013 at 10:30 a.m. (Docket No. 113).

     2.     This request is made because counsel for O&G is on paternity leave during the week of June 10, 2013.

     3.     Counsel for all parties are available for the continued status conference on June 21, 2013, at any time that is convenient for the Court.  June 21, 2013 is the only day from June 17, 2013 through June 28, 2013 that all counsel are available for the conference.

     4.     Counsel for all parties have been contacted and have no objection to this request.

     5.     This is the first request for an extension of time of the subject status conference.

**WHEREFORE**, Plaintiff O&G respectfully requests that the Court grant this Motion and enter an Order continuing the status conference before Your Honor until June 21, 2013, at a time convenient to the Court.

Respectfully submitted,

By: s/ Dennis J. Artese
Finley Harckham
(ct26403)
Dennis J. Artese
(ct28071)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY  10020
Tel:  (212) 278-1000

Attorneys for Plaintiff
O&G INDUSTRIES, INC.

**CERTIFICATION**

This is to certify that on the above date, a copy of the foregoing (ASSENTED TO) MOTION FOR CONTINUANCE OF STATUS CONFERENCE was filed electronically and served by mail to anyone unable to accept electronic filing.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

s/ Dennis J. Artese
Dennis J. Artese

nydocs1-1011226.1