UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, AND KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., <br><br>　　　　　　　　　Plaintiffs, <br><br>VS. <br><br>AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, <br><br>　　　　　　　　　Defendant, <br><br>VS. <br><br>THE LITCHFIELD INSURANCE GROUP, INC. <br><br>　　　　　　　Third Party Defendant. | Civil Action No. 3:12-CV-00723 (JCH) <br><br><br><br>July 3, 2013 |

**JOINT STATUS REPORT OF COUNSEL**

Pursuant to the Court's June 18, 2013 Scheduling Order Regarding Case Management Plan, Plaintiffs/Counterclaim Defendants O&G Industries, Inc. ("O&G"), Kleen Energy Systems, LLC ("Kleen") and Keystone Construction and Maintenance Services, Inc. ("Keystone") (collectively, "Plaintiffs"), Defendant/Counterclaimant/Third-Party Plaintiff Aon Risk Services Northeast, Inc. of Massachusetts ("Aon"), and Third-Party Defendant The Litchfield Insurance Group, Inc. ("Litchfield" and, together with Plaintiffs and Aon, the "Parties") hereby submit their Joint Status Report of Counsel.

**Pleadings**

Plaintiffs' Complaint in this action was filed on May 15, 2012.  On January 29, 2013, the Court granted in part and denied in part Aon's Motion to Dismiss Plaintiffs' Complaint.  Consequently, Aon served its Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment on February 12, 2013.  Plaintiffs served their Responses and Affirmative Defenses to Aon's Counterclaim on March 28, 2013 and March 29, 2013.

On March 7, 2013, Aon served its Third Party Complaint against Litchfield.  Litchfield filed its motion to dismiss the Third Party Complaint on April 17, 2013.  Briefing on Litchfield's motion was completed on June 5, 2013, and remains pending before the Court.

No amendments to pleadings are presently contemplated.

**Discovery**

On August 13, 2012, Aon served its initial requests for documents and interrogatories on O&G.  O&G responded to Aon's initial discovery requests on October 16, 2012.  Included with its responses were 3,128 pages of documents.  O&G provided a privilege log for its production on June 7, 2013, and provided a supplemental document production of 2,391 pages on June 28, 2013.  On April 29, 2013, Aon served its second set of document requests on O&G, and O&G responded to the same on June 24, 2013.  On Monday, July 1, 2013, Aon served a third set of document requests on O&G.  O&G's responses to Aon's third set of document requests are due by August 5, 2013.

On September 19, 2012, Plaintiffs jointly served documents requests on Aon, and O&G served interrogatories on Aon.  Aon served its written responses to the document requests and

interrogatories on October 19, 2012, and subsequently produced 11,140 documents as its initial production in response to Plaintiffs' document requests. Aon produced its privilege log for its initial production on May 2, 2013 and supplemented that log on June 3, 2013. On July 1, 2013, Aon produced an additional 28,639 documents in further response to Plaintiffs' requests.

On October 26, 2012, Kleen responded to Aon's written discovery requests and produced responsive, non-privileged documents and a privilege log. Kleen served its responses and objections to Aon's Second Set of Requests for Production on June 24, 2013.

On November 30, 2012, Keystone responded to Aon's initial document requests and produced 9 documents. On March 16, 2013, Keystone responded to Aon's interrogatories. Keystone's responses to Aon's Second Set of Requests for Production are currently pending.

Per the Court's direction on the June 18, 2013 telephonic conference, and as set out in the subsequent scheduling order, with the possible exception of O&G's responses to Aon's third set of document requests, which were not served until after the Court's June 18, 2013 Scheduling Order and are not due until August 5, 2013, the Parties presently anticipate completion of document production by July 22, 2013, and completion of fact discovery by November 22, 2013.

Aon has served subpoenas *duces tecum* and *ad testificandum* on various third-parties who may possess documents or information related to the claims and defenses at issue in this case. Aon is in the process of conferring with the various third-parties regarding the scope of the subpoenas in an effort to resolve any issues without the need for Court intervention. Consistent with the Court's guidance at the April 4, 2013 hearing, Aon has also held in abeyance requests to certain third parties for the production of documents related to mediation or the settlement of claims arising out of the incident, pending receipt of Plaintiffs' production and resolution of

Plaintiffs' objections to the production of mediation and settlement material. Aon has provided copies of all third-party document productions received to date to the other Parties.

**Scheduling and Other Matters**

On May 31, 2013, the Parties filed a joint motion for extension of the scheduling order; that motion was granted in substantial part by order dated June 18, 2013.

Since discovery has not yet been completed, it is difficult for the Parties to assess at this time whether dispositive motions will be made in the future. Currently, however, each side believes it is likely that they will file a motion for summary judgment as to issues of liability in this case.

Respectfully submitted,

By: ___/s/_____  By: ___/s/_____

Richard W. Bowerman, ct04181          Finley Harckham, ct26403
Michael G. Caldwell, ct06561          Dennis J. Artese, ct28071
LeClairRyan, P.C.                     Anderson Kill & Olick, P.C.
545 Long Wharf Drive, 9th Floor       1251 Avenue of the Americas
New Haven, Connecticut 06511          New York, New York 10020
Tel. No.: (203) 672-3202              Tel No.: (212) 278-1000
Fax No.: (203) 672-3237               fharckham@andersonkill.com
Richard.bowerman@leclairryan.com      dartese@andersonkill.com

*Attorneys for Plaintiff O&G Industries, Inc.*

Blair Connelly
Paul A. Serritella
Manasi Rodgers
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel No.: (212) 906-1200
Fax No.: (212) 751-4864
Of Counsel

*Attorneys for Defendant
Aon Risk Services Northeast, Inc.*

| | |
|---|---|
| By: ___/s/_____ | By: ___/s/_____ |
| Lee Hoffman<br>Matthew L. Stone<br>Pullman & Comley, LLC<br>90 State House Square<br>Hartford, Connecticut 06103<br>Tel No.: (860) 424-4315 | Justin Clark<br><br>Davis & Clark<br>148 Eastern Blvd. Suite 100<br>Glastonbury, Connecticut 06033<br>Tel. No.: (860) 430-9200 |
| *Attorneys for Plaintiff Kleen Energy Systems, LLC* | *Attorneys for Plaintiff Keystone Construction and Maintenance Services, Inc.* |

By: ___/s/_____

Kurt B. Fliegauf
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, Massachusetts 02109
Tel. No. (617) 482-8200

*Attorneys for Third-Party Defendant
Litchfield Insurance Group*