UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, AND KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC. : : : : : | |
| v. : | CIV. NO. 3:12CV723 (JCH) |
| : AON RISK SERVICES NORTHEAST, : INC. F/K/A AON RISK SERVICES, INC. : OF MASSACHUSETTS : : v. : : THE LITCHFIELD INSURANCE : GROUP, INC. : | |

## **ORDER**

Following a telephone status conference on July 25, 2013, the Court enters the following case management order:

- The Court grants O&G's motion for extension of time to complete production of all documents and privilege logs. O&G shall complete all document production and privilege logs by August 26, 2013. The Court will not entertain an application for any further extensions of time. The failure to comply with this Order may result in sanctions including, but not limited to, the entering of a default judgment and/or dismissal of this case.

- O&G will continue to produce documents and privilege logs on a rolling basis. In place of the currently planned weekly productions, O&G may extend the intervals between productions to not more than two weeks.

1

- The parties shall file their next status report by August 9, 2013. Upon review of the status report, the Court will schedule a telephone status conference, if needed. However, at any point, counsel may request a conference with the Court.

Once O&G's document production is completed, other deadlines will be extended so that the other parties are not prejudiced by O&G's failure to meet the previously established deadlines.

**SO ORDERED** at Bridgeport, Connecticut on the 30th day of July 2013.

\_\_/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge