**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| O&G INDUSTRIES, INC. ET AL., | ) | |
| Plaintiffs. | ) | |
| | ) | |
| v. | ) | NO. 3:12-CV-00723 (JCH) |
| | ) | |
| AON RISK SERVICES NORTHEAST, INC. | ) | |
| Defendant. | ) | JULY 31, 2013 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 30, 2012, a copy of the Certificate of Good Standing for Kira Dabby [Doc. 132] was filed electronically.  Notice of such filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                                                    /s/_____
                                                  Michael G. Caldwell, ct 26561