# EXHIBIT A

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED

# EXHIBIT B

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED

# EXHIBIT C

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED

# EXHIBIT D

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED

# EXHIBIT E

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED

# EXHIBIT F

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**(FILED UNDER SEAL)**

REDACTED

# EXHIBIT G

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED

# EXHIBIT H

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED

# EXHIBIT I

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED

# EXHIBIT J

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED

# EXHIBIT K

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## (FILED UNDER SEAL)

REDACTED