| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, AND KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., <br><br>                              Plaintiffs, <br><br>VS. <br><br>AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, <br><br>                              Defendant, <br><br><br>VS. <br><br>THE LITCHFIELD INSURANCE GROUP, INC., <br><br>                              Third Party Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 3:12-CV-00723 (JCH) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : AUGUST 7, 2013 |

**DEFENDANT AON RISK SERVICES NORTHEAST, INC.'S MOTION TO SEAL SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS AND SUPPORTING EXHIBITS**

Pursuant to Rules 5(e)(3) and (4) of the Local Rules of this Court, Defendant Aon Risk Services Northeast, Inc. ("Aon") respectfully requests that the Court seal portions of Aon's Supplemental Memorandum in Opposition to Motion to Dismiss of Third Party Defendant, The Litchfield Insurance Group, Inc. (the "Supplemental Memorandum") and the exhibits thereto.[1]

The documents in question consist of the exhibits to the Supplemental Memorandum in their entirety, as well as portions of the Supplemental Memorandum that refer to such exhibits. The documents that comprise those exhibits were produced by Plaintiff O&G Industries, Inc. ("O&G") after the entry of the Stipulated Protective Order in this action (the "Protective Order")

---

[1] Aon has filed on this date a Motion for Permission to File, requesting permission to file the Supplemental Memorandum. The Supplemental Memorandum and exhibits are filed as attachments to that motion.

[Doc. 71].  Under the Protective Order, any party to the action may designate documents that it produces as Confidential Material.  (*See* Protective Order ¶ 2.)  The Order further provides that if a party "determines to file or submit to the Court any Confidential Material, such material shall be filed under seal in accordance with the Federal Rules of Civil Procedure, as well as the Local Rules of the District of Connecticut and to the extent applicable, the Individual Practices of District Judge Janet C. Hall and Magistrate Judge Holly B. Fitzsimmons, and kept under seal until further Order of the Court."  (Protective Order ¶ 8.)

  Plaintiff O&G has designated each of the exhibits as Confidential Material.  Consequently, pursuant to the terms of the Protective Order, Aon has redacted these exhibits in their entirety, has redacted references to them in the Supplemental Memorandum, and seeks to file the unredacted versions of the same under seal.

  Pursuant to Local Rule 5(e)(4)(a), Aon has filed on this date redacted versions of each document sought to be sealed, by filing redacted versions of the Supplemental Memorandum and exhibits as attachments to the Motion for Permission to File.  Pursuant to that rule, Aon files unredacted copies of these documents manually on this date, as noted in the Notice of Manual Filing.

  WHEREFORE, Aon respectfully requests that the Court grant this Motion.

                              DEFENDANT AON RISK SERVICES NORTHEAST, INC.


By \_\_\_\_/s/_____
       Richard W. Bowerman, ct04181
       Michael G. Caldwell, ct26561
       LeClairRyan, P.C.
       545 Long Wharf Drive, 9th Floor
       New Haven, Connecticut 06511
       Tel. No.: (203) 672-3202
       Fax No.: (203) 672-3237
       Richard.bowerman@leclairryan.com

          -- Its Attorneys --

And

Blair Connelly, Esq.
Kira Dabby, Esq.
Manasi Rodgers, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel No.: (212) 906-1002
Fax No.: (212) 751-4864
Of Counsel


- Its Attorneys -

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/_____
Michael Caldwell, ct26561