| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, AND KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., <br><br>                    Plaintiffs,<br><br>VS.<br><br>AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS,<br><br>                    Defendant,<br><br>VS.<br><br>THE LITCHFIELD INSURANCE GROUP, INC.,<br><br>                  Third Party Defendant. | Civil Action No. 3:12-CV-00723 (JCH) <br><br><br><br><br><br><br><br><br><br><br><br><br><br>AUGUST 9, 2013 |

## DEFENDANT AON RISK SERVICES NORTHEAST, INC.'S
## MOTION TO WITHDRAW DOCUMENT 138

Defendant Aon Risk Services Northeast, Inc. ("Aon") respectfully requests that Document 138 ("Sealed Document"), which it filed on August 7, 2013, be withdrawn. Aon does so to comply with its obligations under the Stipulated Protective Order in this action (the "Protective Order") [Doc. 71] and the Federal and Local Rules of Civil Procedure, because plaintiff O&G Industries, Inc. ("O&G") has now stated to Aon that one part of Document 138, Exhibit H, is a privileged document that was inadvertently produced.

On August 7, 2013, Aon filed a Motion for Permission to File Supplemental Memorandum in Opposition to Motion to Dismiss [Doc. 136]. To that motion, it attached a redacted copy of the Supplemental Memorandum that it requested permission

to file, together with redacted copies of the exhibits supporting the Supplemental Memorandum (Exhibits A-K). Each of Exhibits A-K consists of documents that were produced by O&G. When O&G produced them, it designated them as Confidential Material. Consequently, pursuant to the terms of the Protective Order, Aon sought to file the unredacted versions of the Supplemental Memorandum (which refers to Exhibits A-K) and Exhibits A-K under seal. On August 7, 2013, Aon manually filed those unredacted versions, as noted on the accompanying Notice of Manual Filing [Doc. 139]. The unredacted versions appear on the docket report as Sealed Document [Doc. 138].

On August 8, 2013, after this filing was complete, O&G stated to Aon that one of the exhibits to the Supplemental Memorandum, Exhibit H, contains privileged material that had been inadvertently produced. Specifically, O&G stated that it had inadvertently produced to Aon a working draft of a letter that one of O&G's attorneys intended to send to another party. O&G stated that this working draft is privileged.

Aon, fulfilling its obligations under the Protective Order and the Federal and Local Rules of Civil Procedure, now seeks to replace its filing of the old Exhibit H with a new Exhibit H, consisting of the final, signed version of that letter, which is not privileged. Consequently, Aon is manually filing on this date a new unredacted Supplemental Memorandum and exhibits, with the new Exhibit H in place of the old.

Aon now moves to withdraw Document 138, which contains the old Exhibit H. Withdrawal of that document enables Aon to ensure its compliance with its obligations under the Protective Order and court rules. To ensure the sealed status of Document 138, Aon is not moving to withdraw the Motion to Seal directed to Document 138.

WHEREFORE, Aon respectfully requests that the Court grant this Motion.

                                            DEFENDANT AON RISK SERVICES
                                            NORTHEAST, INC.

By   /s/_____
       Richard W. Bowerman, ct04181
       Michael G. Caldwell, ct26561
       LeClairRyan, P.C.
       545 Long Wharf Drive, 9th Floor
       New Haven, Connecticut 06511
       Tel. No.: (203) 672-3202
       Fax No.: (203) 672-3237
       Richard.bowerman@leclairryan.com

          -- Its Attorneys --

And

Blair Connelly, Esq.
Kira Dabby, Esq.
Manasi Rodgers, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel No.: (212) 906-1002
Fax No.: (212) 751-4864
Of Counsel
- Its Attorneys -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    __/s/_____
                                                   Michael Caldwell, ct26561