| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, AND KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., <br><br>                    Plaintiffs, <br><br> VS. <br><br> AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, <br><br>                    Defendant, <br><br><br> VS. <br><br> THE LITCHFIELD INSURANCE GROUP, INC., <br><br>                    Third Party Defendant. | Civil Action No. 3:12-CV-00723 (JCH) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> AUGUST 9, 2013 |

### DEFENDANT AON RISK SERVICES NORTHEAST, INC.'S MOTION TO SEAL SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS AND SUPPORTING EXHIBITS

Pursuant to Rules 5(e)(3) and (4) of the Local Rules of this Court, defendant Aon Risk Services Northeast, Inc. ("Aon") respectfully requests that the Court seal portions of Aon's Supplemental Memorandum in Opposition to Motion to Dismiss of Third Party Defendant, The Litchfield Insurance Group, Inc. (the "Supplemental Memorandum") and the exhibits thereto, specifically by sealing documents that are being manually filed on this date.

On August 7, 2013, Aon filed a Motion for Permission to File Supplemental Memorandum in Opposition to Motion to Dismiss [Doc. 136]. To that motion, it attached a redacted copy of the Supplemental Memorandum that it requested permission

to file, together with redacted copies of the exhibits supporting the Supplemental Memorandum (Exhibits A-K).

Also on August 7, 2013, Aon filed a Motion to Seal [Doc. 137], asking the Court to seal the unredacted versions of the Supplemental Memorandum and Exhibits A-K. As explained in that motion, Aon sought this sealing in order to comply with its responsibilities under the Stipulated Protective Order in this action (the "Protective Order") [Doc. 71]. Under that Order, any party to the action may designate documents that it produces as Confidential Material, and if another party decides to file with the Court any such Confidential Material, such material shall be filed under seal in accordance with the Federal and Local Rules of Civil Procedure. (*See* Protective Order ¶¶ 2, 8.)

Each of Exhibits A-K consists of documents that were produced by plaintiff O&G Industries, Inc. ("O&G"), and when O&G produced them, it designated them as Confidential Material. Consequently, pursuant to the terms of the Protective Order, Aon redacted those exhibits in their entirety, redacted references to them in the Supplemental Memorandum, and sought to file the unredacted versions of the same under seal. Aon manually filed on that date those unredacted versions, as noted on the August 7, 2013 Notice of Manual Filing [Doc. 139]. The unredacted versions appear on the docket report as Sealed Document [Doc. 138].

On August 8, 2013, after this filing was complete, O&G stated to Aon that one of the exhibits to the Supplemental Memorandum, Exhibit H, contains privileged material that had been inadvertently produced. Specifically, O&G stated that it had inadvertently

produced to Aon a working draft of a letter that one of O&G's attorneys intended to send to another party.  O&G stated that this working draft is privileged.

Aon, fulfilling its obligations under the Protective Order and the Federal and Local Rules of Civil Procedure, now seeks to replace its filing of the old Exhibit H with a new Exhibit H, consisting of the final, signed version of that letter, which is not privileged.  Consequently, Aon is manually filing on this date a new unredacted Supplemental Memorandum and exhibits, with the new Exhibit H in place of the old.  (Aon is also electronically filing a motion to withdraw Document 138.)

Pursuant to Local Rule 5(e)(4)(a), Aon now moves to seal the new, unredacted Supplemental Memorandum and exhibits that it files manually on this date.  Sealing these documents will enable Aon to fulfill its obligations under the Protective Order and the Federal and Local Rules of Civil Procedure.

Note that, in order to preserve the sealed status of Document 138, Aon is not moving to withdraw the original Motion to Seal [Doc. 137].

WHEREFORE, Aon respectfully requests that the Court grant this Motion.

> DEFENDANT AON RISK SERVICES
> NORTHEAST, INC.
>
> By ____/s/_____
>     Richard W. Bowerman, ct04181
>     Michael G. Caldwell, ct26561
>     LeClairRyan, P.C.
>     545 Long Wharf Drive, 9th Floor
>     New Haven, Connecticut 06511
>     Tel. No.: (203) 672-3202
>     Fax No.: (203) 672-3237
>     Richard.bowerman@leclairryan.com
>         -- Its Attorneys --

And

Blair Connelly, Esq.
Kira Dabby, Esq.
Manasi Rodgers, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel No.: (212) 906-1002
Fax No.: (212) 751-4864
Of Counsel
- Its Attorneys -

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/_____
Michael Caldwell, ct26561