| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, AND KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., <br><br>        Plaintiffs, <br><br>VS. <br><br>AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, <br><br>        Defendant, <br><br><br>VS. <br><br>THE LITCHFIELD INSURANCE GROUP, INC., <br><br>        Third Party Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: <br><br>Civil Action No. 3:12-CV-00723 (JCH) <br><br><br><br><br><br><br><br><br>AUGUST 9, 2013 |

## NOTICE OF MANUAL FILING

Please take notice that defendant Aon Risk Services Northeast, Inc. ("Aon") has manually filed, on this date, unredacted versions of its Supplemental Memorandum in Opposition to Motion to Dismiss of Third Party Defendant, The Litchfield Insurance Group, Inc., and Exhibits A-K thereto. These documents have not been filed electronically because Aon has moved on this date to file them under seal pursuant to Local Rule of Civil Procedure 5(e) and the Stipulated Protective Order in this action. For reasons stated in Aon's Motion to Withdraw Document 138, these documents are filed because Aon's filing of Document 138 must be withdrawn.

The manually filed documents have been manually served on all parties as noted in the Certificate attached to those documents.

        DEFENDANT AON RISK SERVICES
        NORTHEAST, INC.


By    /s/_____
        Richard W. Bowerman, ct04181
        Michael G. Caldwell, ct26561
        LeClairRyan, P.C.
        545 Long Wharf Drive, 9th Floor
        New Haven, Connecticut 06511
        Tel. No.: (203) 672-3202
        Fax No.: (203) 672-3237
        Richard.bowerman@leclairryan.com

        -- Its Attorneys --

And

Blair Connelly, Esq.
Kira Dabby, Esq.
Manasi Rodgers, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel No.: (212) 906-1002
Fax No.: (212) 751-4864
Of Counsel
- Its Attorneys -

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

 ___/s/_____
 Michael Caldwell, ct26561