**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| O&G INDUSTRIES, INC., KLEEN ENERGY SYSTEMS, LLC, AND KEYSTONE CONSTRUCTION AND MAINTENANCE SERVICES, INC., <br><br>                    Plaintiffs, <br><br>VS. <br><br>AON RISK SERVICES NORTHEAST, INC. F/K/A AON RISK SERVICES, INC. OF MASSACHUSETTS, <br><br>                    Defendant, <br><br>VS. <br><br>THE LITCHFIELD INSURANCE GROUP, INC. <br><br>                  Third Party Defendant. | Civil Action No. 3:12-CV-00723 (JCH) <br><br><br>October 1, 2013 |

**JOINT STATUS REPORT OF COUNSEL**

Pursuant to the Court's June 18, 2013 Scheduling Order Regarding Case Management Plan and July 30, 2013 Order, Plaintiffs/Counterclaim Defendants O&G Industries, Inc. ("O&G"), Kleen Energy Systems, LLC ("Kleen") and Keystone Construction and Maintenance Services, Inc. ("Keystone") (collectively, "Plaintiffs"), Defendant/Counterclaimant/Third-Party Plaintiff Aon Risk Services Northeast, Inc. of Massachusetts ("Aon"), and Third-Party Defendant The Litchfield Insurance Group, Inc. ("Litchfield" and, together with Plaintiffs and Aon, the "Parties") hereby submit their Joint Status Report of Counsel.

**Pleadings**

Plaintiffs' Complaint in this action was filed on May 15, 2012. On January 29, 2013, the Court granted in part and denied in part Aon's Motion to Dismiss Plaintiffs' Complaint. Consequently, Aon served its Answer, Affirmative Defenses, and Counterclaim for Declaratory Judgment on February 12, 2013. Plaintiffs served their Responses and Affirmative Defenses to Aon's Counterclaim on March 28, 2013 and March 29, 2013.

On March 7, 2013, Aon served its Third Party Complaint against Litchfield. On August 30, 2013, the Court granted in part and denied in part Litchfield's Motion to Dismiss Aon's Third-Party Complaint. Litchfield served its Answer and Affirmative Defenses on September 20, 2013.

No amendments to pleadings presently are contemplated.

**Discovery**

Aon's Position

On September 19, 2012, Plaintiffs jointly served document requests on Aon, and O&G served interrogatories on Aon. Aon served its written responses to the document requests and interrogatories on October 19, 2012. Aon also has produced privilege and redaction logs in connection with its productions.

Aon has served four sets of document requests on O&G. Per the Court's July 30, 2013 Order, O&G recently completed its production on August 26, 2013. Aon is reviewing these documents, the vast majority of which it received in August. O&G has also produced privilege

logs comprising over 700 pages, the vast majority of which Aon also received in August. Aon is reviewing O&G's privilege logs.

Aon has served three sets of document requests on Kleen. In response, Kleen has produced 2,217 documents. Kleen also has produced two privilege logs.

Aon has served three sets of document requests on Keystone. Keystone's responses to Aon's third set of document requests remain outstanding. Keystone has produced a total of 15 documents to date. Keystone has not produced a privilege log.

Aon has served two sets of document requests on Litchfield. Litchfield has produced 4,729 documents to date. Litchfield also has produced a privilege log and redaction log, both of which Aon is reviewing.

Aon is meeting and conferring with the other parties to resolve outstanding discovery responses and deficient discovery productions, including disputes regarding privilege logs. Through this ongoing meet and confer process, the Parties have successfully narrowed these matters and Aon anticipates they will continue to do so. Once the Parties complete their discussions, to the extent any issues require further resolution, Aon will promptly bring them to the Court's attention for resolution.

Aon has served subpoenas *duces tecum* and *ad testificandum* on various third-parties who may possess documents or information related to the claims and defenses at issue in this case. Aon is conferring with various third-parties regarding the scope of the subpoenas in an effort to resolve issues without the need for Court intervention. Consistent with Magistrate Judge Fitzsimmons' guidance at the April 4, 2013 hearing, Aon has held in abeyance requests to certain

third parties for the production of documents related to mediation or the settlement of claims arising out of the incident giving rise to this lawsuit, pending Aon's review of Plaintiffs' productions and resolution of Plaintiffs' objections to the production of mediation and settlement material. Aon has provided or is in the process of providing to the other Parties copies of third-party document productions received by Aon from these non-parties.

O&G's Position

As of August 26, 2013, O&G timely produced over 78,000 documents, provided privilege logs for over 7,000 documents, and responded to all then-pending discovery requests served and/or propounded upon it. O&G and Aon currently are in the process of meeting and conferring with respect to certain discovery issues. Thus far, O&G and Aon have narrowed the issues in dispute between them, and O&G is hopeful that further progress will be made through continued discussions.

Keystone's Position

Aon has served three sets of document requests on Keystone. Keystone has responded to the first two sets of requests and the third set of document requests remain outstanding. Keystone expects to respond to the third set of requests within the next two weeks. Keystone has produced approximately 1,100 pages of documents to date and has done a thorough review of its records and plans to produce any remaining documents along with any responsive documents to the third document production. Keystone has not produced a privilege log, but has not asserted privilege over any document to date.

Litchfield's Position

LIG is in the process of reviewing the approximately 125,000 documents (constituting of approximately 650,000 pages) produced by the other parties. LIG is meeting and conferring with the other parties to resolve outstanding discovery responses and deficient discovery productions, including disputes regarding privilege logs. Through this ongoing meet and confer process, the Parties have successfully narrowed these matters and LIG anticipates they will continue to do so. Once the Parties complete their discussions, to the extent any issues require further resolution, LIG will promptly bring them to the Court's attention for resolution.

**Coordinated Discovery**

In an effort to avoid undue expense and duplication of efforts, on or about September 26, 2013, the Parties entered into stipulations concerning the use of discovery, which provide that discovery obtained in the above-captioned matter, including written discovery responses, documents produced, and testimony given, may be used in the parallel action pending in Connecticut State Court, LLI-CV-12-6006448-S (the "State Action"), and vice versa.

**Scheduling and Other Matters**

On May 31, 2013, the Parties in the above-captioned matter filed a joint motion for extension of the Scheduling Order; that motion was granted in substantial part by Order dated June 18, 2013. In the subsequent July 30, 2013 Order, the Court ordered a further extension of the deadlines in the June 18, 2013 Order once O&G's document production is completed. As noted above, the Parties are working diligently to resolve outstanding discovery disputes without needlessly involving the Court and have successfully narrowed some of these disputes. The

Parties therefore respectfully request that the Court postpone setting new deadlines until these matters are resolved.  Once these disputes are resolved, the Parties plan to meet and confer on appropriate dates for the remaining deadlines in the June 18, 2013 Scheduling Order, after which time the Parties plan to move for an extension of the Scheduling Order.

Since discovery has not yet been completed, it is difficult for the Parties to assess at this time whether dispositive motions will be made.  Currently, however, each Party believes it is likely that it will file a motion for summary judgment as to issues of liability in this case.

Respectfully submitted,

By: ___/s/_____     By: ___/s/_____

Richard W. Bowerman, ct04181           Finley Harckham, ct26403
Michael G. Caldwell, ct26561           Dennis J. Artese, ct28071
LeClairRyan                            Anderson Kill & Olick, P.C.
545 Long Wharf Drive, 9th Floor        1251 Avenue of the Americas
New Haven, Connecticut 06511           New York, New York 10020
Tel. No.: (203) 672-3202               Tel No.: (212) 278-1000
Fax No.: (203) 672-3237                fharckham@andersonkill.com
Richard.bowerman@leclairryan.com       dartese@andersonkill.com

*Attorneys for Plaintiff O&G Industries, Inc.*

Blair G. Connelly
Kira S. Dabby
Manasi P. Rodgers
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel No.: (212) 906-1200
Fax No.: (212) 751-4864

Of Counsel

*Attorneys for Defendant*
*Aon Risk Services Northeast, Inc.*

By: ___/s/_____  By: ___/s/_____

Lee Hoffman  Justin Clark
Matthew L. Stone
Pullman & Comley, LLC  Davis & Clark
90 State House Square  148 Eastern Blvd. Suite 100
Hartford, Connecticut 06103  Glastonbury, Connecticut 06033
Tel No.: (860) 424-4315  Tel. No.: (860) 430-9200

*Attorneys for Plaintiff Kleen Energy*  *Attorneys for Plaintiff Keystone*
*Systems, LLC*  *Construction and Maintenance Services, Inc.*


By: ___/s/_____

Kurt B. Fliegauf

Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, Massachusetts  02109
Tel. No. (617) 482-8200

*Attorneys for Third-Party Defendant*
*Litchfield Insurance Group*