## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

O&G INDUSTRIES, INC., KLEEN ENERGY :
SYSTEMS, LLC, AND KEYSTONE　　　　 :
CONSTRUCTION AND MAINTENANCE　 :
SERVICES, INC.,　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　Plaintiffs,　 :
　　　　　　　　　　　　　　　　　　 :
VS.　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :　Civil Action No. 3:12-CV-00723 (JCH)
AON RISK SERVICES NORTHEAST, INC. :
F/K/A AON RISK SERVICES, INC. OF　 :
MASSACHUSETTS,　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　Defendant,　 :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :　November 22, 2013
VS.　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
THE LITCHFIELD INSURANCE GROUP,　 :
INC.　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　Third Party　　 :
　　　　　　　　　　Defendant.

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiffs/Counterclaim Defendants O&G Industries, Inc. ("O&G"), Kleen Energy

Systems, LLC, and Keystone Construction and Maintenance Services, Inc.,

Defendant/Counterclaimant/Third-Party Plaintiff Aon Risk Services Northeast, Inc. ("Aon"), and

Third-Party Defendant The Litchfield Insurance Group, Inc. ("Litchfield") (collectively, the

"Parties") hereby move jointly to modify the scheduling order in the above-captioned action.

On May 31, 2013, the Parties filed a joint motion for extension of the Scheduling Order;

that motion was granted in substantial part by Order dated June 18, 2013. In a subsequent July

30, 2013 Order, the Court ordered a further extension of the deadlines in the June 18, 2013 Order

once O&G's document production was completed. O&G timely completed its production of

over 78,000 documents by August 26, 2013. Each of the Parties to the action also represents that

it has completed or substantially completed its document production, subject to the resolution of certain outstanding discovery disputes.

The Parties have been diligently reviewing the documents produced in discovery and have been preparing for and discussing deposition dates in January and February for key witnesses subject to the resolution of certain outstanding discovery disputes.

As this Court may be aware, the Parties have been coordinating fact discovery in this action with fact discovery in a related matter currently pending in Connecticut state court involving O&G, Litchfield and Aon (the "State Court Case"). The Parties have entered into stipulations in both cases allowing discovery obtained in one case to be used in the other. The purpose of coordinating discovery in this manner is to maximize efficiency by avoiding the need for multiple depositions of the same deponent, duplicate production of the same documents, et cetera.

The current end date for fact discovery in the State Court Case is April 1, 2014. Given the cooperation thus far in working to schedule depositions, most of the Parties are confident that, barring unforeseen problems with witness and/or counsel availability, they should be able to complete fact discovery by April 1, 2014.[1] Since the Parties are coordinating fact discovery in this case with discovery in the State Court Case, the Parties respectfully request that this Court extend the currently scheduled fact discovery deadline of November 22, 2013 to April 1, 2014. With respect to the remaining case deadlines, the parties are in disagreement, as follows:

    1. All parties with the exception of Litchfield propose that the party bearing the burden of proof on an issue shall disclose the identity of all expert witnesses in

---

[1] Defendant Litchfield believes that the schedule set in the State Court Case, which would be matched here, is very aggressive, and notes that the Judge in the State Court Case has expressed a willingness to revisit the deadlines in the that event that, notwithstanding the best efforts of counsel and the parties, discovery is not completed by April 1, 2014.

accordance with Federal Rule of Civil Procedure 26(a)(2)(A), as well as the topics on which the expert will opine, on or before February 17, 2014.[2] The party bearing the burden of proof on an issue shall disclose all expert reports on that issue on or before April 15, 2014, and any such experts will be deposed on or before May 6, 2014. Litchfield proposes that the disclosure of the identity of all expert witnesses by the party bearing the burden of proof on an issue shall disclose the identity of all expert witnesses, and disclose all expert reports, on the same date as provided for in the State Court Case – *i.e.*, April 1, 2014, and that any such experts will be deposed on or before the same date as provided for in the State Court Case – *i.e.* June 6, 2014.

2. All parties with the exception of Litchfield propose that the responding party not having the burden of proof on an issue shall disclose the identity of all expert witnesses (except expert witnesses offered in rebuttal to the expert witnesses identified in the prior paragraph) in accordance with Federal Rule of Civil Procedure 26(a)(2)(A), as well as the topics on which the expert will opine, on or before March 17, 2014.  The responding party not having the burden of proof on an issue shall disclose all expert reports, including rebuttal expert reports, on or before May 27, 2014, and any such experts will be deposed on or before June 17, 2014. Litchfield proposes that the disclosure of the identity of all expert witnesses by the party not having the burden of proof on an issue shall disclose the identity of all expert witnesses, and disclose all expert reports, on the same date as

---

[2]  Experts may be identified pursuant to Fed. R. Civ. P. 26(a)(2)(A) after the applicable "identification" deadlines set forth herein in paragraphs 1 and 2, above, upon good cause shown.

3

nydocs1-1022981.4

provided for in the State Court Case – *i.e.*, July 15, 2014, and that any such experts will be deposes on or before the same date as provided for in the State Court Case – *i.e.*, September 9, 2014.

3. All parties with the exception of Litchfield propose that the party bearing the burden of proof on an issue shall disclose all rebuttal expert reports on or before July 8, 2014, and any such rebuttal experts will be deposed on or before July 29, 2014. Litchfield proposes that the party bearing the burden of proof on an issue shall disclose all rebuttal expert reports on October 9, 2014.

All parties with the exception of Litchfield also respectfully request that the Court adopt the additional modified deadlines set forth in the accompanying proposed Scheduling Order. Litchfield intends to file a separate proposed Scheduling Order for the Court's consideration.

This is the third motion for extension of time with respect to the Scheduling Order. Counsel for all parties have conferred and have agreed to the filing of this Joint Motion.

Respectfully submitted,

By:  s/ Dennis J. Artese
Finley Harckham, ct26403
Dennis J. Artese, ct28071
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Dartese@andersonkill.com

Attorneys for Plaintiff
O&G INDUSTRIES, INC.

4

By:    /s Lee D. Hoffman
           Lee D. Hoffman, ct17068
           Matthew L. Stone, ct28765
           PULLMAN & COMLEY, LLC
           90 State House Square
           Hartford, CT 06103-3702
           Tel:  (860) 424-4315
           Lhoffman@pullcom.com

           Attorneys for Plaintiff
           KLEEN ENERGY SYSTEMS,  LLC

By:    s/ Justin Clark
           Justin R. Clark, ct27487
           DAVIS & CLARK LLC
           158 Eastern Blvd., Suite 100
           Glastonbury, CT 06033
           Tel:  (860) 430-9200
           Jclark@davisclarklaw.com

           Attorneys for Plaintiff
           KEYSTONE CONSTRUCTION AND
           MAINTENANCE SERVICES, INC.

By:    s/ Richard W. Bowerman
           Richard W. Bowerman, ct04181
           Margaret P. Mason, ct04157
           Michael G. Caldwell, ct26561
           LeClairRyan, P.C.
           545 Long Wharf Drive, 9th Floor
           New Haven, CT 06511
           Tel:  (203) 672-3202
           Richard.bowerman@leclairryan.com

           Blair G. Connelly
           Kira S. Dabby
           Manasi P. Rodgers
           Latham & Watkins LLP
           885 Third Avenue
           New York, New York 10022
           Tel No.: (212) 906-1200
           Fax No.: (212) 751-4864

nydocs1-1022981.4

Of Counsel


Attorneys for Defendant
AON RISK SERVICES NORTHEAST,
INC.


By:     s/ Jon S. Berk
        Jon S. Berk, ct04239
        Gordon, Muir & Foley, LLP
        Ten Columbus Boulevard
        Hartford, CT 06106
        Tel:  (860) 525-5361
        jberk@gmflaw.com

        -and-

        Kurt B. Fliegauf
        Conn Kavanaugh Rosenthal Peisch & Ford,
        LLP
        Ten Post Office Square
        Boston, Massachusetts  02109
        Tel. No. (617) 482-8200

        Attorneys for Third-Party Defendant
        THE LITCHFIELD INSURANCE GROUP,
        INC.

6

## CERTIFICATION

This is to certify that on the above date, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_s/ Dennis J. Artese_____
Dennis J. Artese

nydocs1-1022981.4