UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| O&G INDUSTRIES, INC., et al.<br>*Plaintiffs*, | |
| v. | Civil Action No. 3:12-CV-00723 (JCH) |
| AON RISK SERVICES NORTHEAST, INC.<br>*Defendant*, | |
| v | November 22, 2013 |
| LITCHFIELD INSURANCE GROUP, INC.,<br>*Third-Party Defendant.* | |

### CERTIFICATION

I hereby certify that on this 22nd day of November, 2013, a copy of the foregoing [Proposed by the Litchfield Insurance Group] Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Kurt B. Fliegauf
Kurt B. Fliegauf, ct433396
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
Tel. No.: (617) 482-8200
Fax No.: (617) 482-6444
KFliegauf@ConnKavanaugh.com

905860.1