UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| O&G INDUSTRIES, INC., ET AL<br>   Plaintiffs, | : <br>: <br>: | CIVIL ACTION NO.<br>3:12cv723(JCH) |
| v. | : <br>: | |
| AON RISK SERVICES NORTHEAST,<br>INC. F/K/A AON RISK SERVICES,<br>INC. OF MASSACHUSETTS,<br>   Defendant, | : <br>: <br>: <br>: | DECEMBER 5, 2013 |

**ORDER RE: MOTION FOR EXTENSION OF TIME (DOC. NO. 155)**

The Motion for Extension of Time for Modifications of the Scheduling Order (Doc. No. 155) is the third motion by the parties to extend the discovery deadline, among others.  The principal reason given now by the parties to extend the court-ordered deadlines is the state court discovery deadline.  This court is puzzled:  in two prior motions, counsel sought extensions and, in this court's view, implicitly represented that the deadlines sought could be met.  The court has no basis to believe that the deadlines now sought will be met and, further, the court has no good cause before it to justify these extensions.

The Motion for Extension of Time (Doc. No. 155) is reluctantly granted.  However, it is the court's view that no cause has been stated to extend, yet again, the deadlines in this case.  The parties and their counsel should understand that the court will not extend these deadlines again.  On multiple occasions, counsel has <u>represented</u> to the court that they proposed deadlines which (presumably) they could meet.  Let the court be clear:  the parties and their counsel will meet these deadlines.  If counsel cannot meet them, they are ordered to advise their client of that fact now, and the fact

that there will likely be adverse consequences to any party that does not comply promptly with discovery, or obfuscates or delays discovery.

The deadlines in this case will be as follows:

1. Discovery deadline: 4/1/2014.

2. Disclosure of experts and topics by party having burden: 3/1/2014.

3. Disclosure of paragraph 2 expert reports by party having burden: 4/15/2014.

4. Deposition of paragraph 2 experts by party having burden: 5/6/2014.

5. Disclosure of experts and topics by party without burden, including rebuttal experts: 5/1/2014.

6. Disclosure of paragraph 5 expert reports:  5/27/2014.

7. Deposition of paragraph 5 experts:  7/27/2014.

8. Rebuttal reports of experts by party having burden:  7/8/2014.

9. Deposition of rebuttal experts (paragraph 8):  7/29/2014.

10. Motions to preclude any expert:  8/29/2014

11. Joint pretrial memorandum, or dispositive motions:  8/29/2014

There will be no further expert disclosure or discovery.  Failure to meet these deadlines will, inter alia, mean the expert will not testify.

**SO ORDERED**.

Dated at New Haven, Connecticut, this 5th day of December, 2013.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge