## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

O&G INDUSTRIES, INC., KLEEN ENERGY  :
SYSTEMS, LLC, AND KEYSTONE         :
CONSTRUCTION AND MAINTENANCE  :
SERVICES, INC.,                  :

                Plaintiffs,   :
                           :

VS.                        :
                           :     Civil Action No. 3:12-CV-00723 (JCH)
AON RISK SERVICES NORTHEAST, INC.  :
F/K/A AON RISK SERVICES, INC. OF    :
MASSACHUSETTS,              :

                Defendant,   :
                           :
                           :     January 27, 2014
VS.                        :
                           :
THE LITCHFIELD INSURANCE GROUP,  :
INC.                        :
                           :
              Third Party   :
              Defendant.

### JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE AND ARGUMENT DATE REGARDING AON'S MOTIONS TO COMPEL

Plaintiff/Counterclaim Defendant O&G Industries, Inc. ("O&G") and

Defendant/Counterclaimant/Third-Party Plaintiff Aon Risk Services Northeast, Inc. ("Aon"),

hereby move jointly to modify the briefing schedule and oral argument date in connection with

Aon's Motions to Compel against O&G (Docket Nos. 165, 169, 171, 173, 176, 177)

(collectively, the "Motions to Compel").

Currently, O&G's oppositions to the Motions to Compel are due January 27, 2014, Aon's

reply papers in further support of its Motions to Compel are due February 3, 2014, and oral

argument before Judge Fitzsimmons is scheduled for February 5, 2014.

nydocs1-1026309.1

O&G and Aon are actively discussing a potential resolution of this matter, which would obviate the need for any ruling on the Motions to Compel by this Court.  In furtherance of these discussions, and in order to avoid the expenditure of further resources by the Court and the parties on the issues raised in the Motions to Compel while the parties' discussions continue, Aon has agreed to extend O&G's time to respond to the Motions to Compel by one week, to February 3, 2014, and to extend Aon's time to reply by one week, to February 10, 2014.

**WHEREFORE**, the parties respectfully request that (1) the Court modify the briefing schedule in connection with the Motions to Compel such that O&G's oppositions will be filed by February 3, 2014 and Aon's reply papers in further support of the Motions to Compel will be filed by February 10, 2014, and (2) the hearing on Aon's Motions to Compel directed at O&G, which is currently scheduled for February 5, 2014, be continued to a date after February 10, 2014 that is convenient for the Court.

This is the first motion for extension of time with respect to the Motions to Compel. Counsel for O&G and Aon have conferred and have agreed to the filing of this Joint Motion.

Respectfully submitted,

By:    s/ Dennis J. Artese
        Finley Harckham, ct26403
        Dennis J. Artese, ct28071
        ANDERSON KILL P.C.
        1251 Avenue of the Americas
        New York, NY  10020
        Tel:  (212) 278-1000
        Dartese@andersonkill.com

        Attorneys for Plaintiff
        O&G INDUSTRIES, INC.

By:    s/ Richard W. Bowerman
        Richard W. Bowerman, ct04181
        Margaret P. Mason, ct04157
        Michael G. Caldwell, ct26561
        LeClairRyan, P.C.
        545 Long Wharf Drive, 9th Floor
        New Haven, CT 06511
        Tel:  (203) 672-3202
        Richard.bowerman@leclairryan.com

        Blair G. Connelly
        Kira S. Dabby
        Manasi P. Rodgers
        Latham & Watkins LLP
        885 Third Avenue
        New York, New York 10022
        Tel No.: (212) 906-1200
        Fax No.: (212) 751-4864

        Attorneys for Defendant
        AON RISK SERVICES NORTHEAST, INC.

nydocs1-1026309.1

## **CERTIFICATION**

This is to certify that on the above date, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/ Dennis J. Artese____*
Dennis J. Artese

nydocs1-1026309.1